UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID FRYE, TRUSTEE, | ) |
| | ) |
| INDIANA LABORERS WELFARE FUND, | ) |
| | ) |
| INDIANA LABORERS PENSION FUND, | ) CAUSE NO.: 1:18-cv-02839-JMS-MPB |
| | ) |
| INDIANA LABORERS TRAINING FUND, and | ) |
| | ) |
| INDIANA LABORERS DEFINED CONTRIBUTION TRUST FUND, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RODNEY BARBER D/B/A BARBER CONTRACTING, and BARBER CONTRACTING INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs, by counsel, hereby dismiss the above cause of action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

/s/Neil E. Gath
Neil E. Gath, Attorney No. 11193-49
*Attorney for Plaintiffs*

GATH LAW OFFICE
P.O. Box 44042
Indianapolis, IN 46244
Telephone: (317) 489-5715
E-mail: ngath@gathlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify on the 17th day of October 2018, a copy of the foregoing document was filed electronically.  Notice of this filing has been sent to the following parties via first class mail, postage prepaid:

Rodney Barber
d/b/a Barber Contracting
11201 South County Road 419 E
Muncie, IN  47302

Barber Contracting Inc.
c/o Rodney Barber, Registered Agent
11201 South County Road 419 E
Muncie, IN  47302

                                        /s/ Neil E. Gath
                                        Neil E. Gath