UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID FRYE, TRUSTEE, | ) |
| | ) |
| INDIANA LABORERS WELFARE FUND, | ) |
| | ) |
| INDIANA LABORERS PENSION FUND, | ) CAUSE NO.: 1:18-cv-02839-JMS-MPB |
| | ) |
| INDIANA LABORERS TRAINING FUND, and | ) |
| | ) |
| INDIANA LABORERS DEFINED CONTRIBUTION TRUST FUND, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RODNEY BARBER D/B/A BARBER CONTRACTING, and BARBER CONTRACTING INC. | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Plaintiffs Indiana Laborers Welfare, Pension, Training, and Defined Contribution Trust Funds (collectively "Funds") have filed their Stipulation of Dismissal seeking dismissal of this matter without prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed [6].

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed without prejudice. Each party shall bear its own costs.

SO ORDERED.

Date: 10/18/2018

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**ELECTRONIC DISTRIBUTION TO:**

Neil E. Gath
ngath@gathlaw.com

**U.S. MAIL DISTRIBUTION TO:**

Rodney Barber
d/b/a Barber Contracting
11201 South County Road 419 E
Muncie, IN  47302

Barber Contracting Inc.
c/o Rodney Barber, Registered Agent
11201 South County Road 419 E
Muncie, IN  47302